IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MIGUEL ANGEL VENTURA
1307 12th Street, N.W., # 404
Washington, D.C. 20001

and

SALVADOR A. PERLER
3237 Hyatt Place, N.W., # 402
Washington, D.C. 20010

v.

THE UNITED STATES OF AMERICA
United States Secret Service

Serve:
Roscoe C. Howard, Jr.
United States Attorney for the District of Columbia
555 Fourth Street, NW
Washington, D.C. 20530

Serve:
Alberto R. Gonzales
United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

CASE NUMBER   1:06CV01570

JUDGE: Richard J. Leon

DECK TYPE: Personal Injury/Malpractice

DATE STAMP: 09/08/2006

## COMPLAINT

**COME NOW**, the Plaintiffs, Miguel Angel Ventura and Salvador A. Perler, by and through their attorney, Michael L. Avery, Sr., and sue the Defendant, The United States of America, and as cause therefore, states as follows:

### Jurisdiction and Venue

1. That subject matter jurisdiction is conferred upon this Honorable Court by 28 U.S.C § 1346(b) of The Federal Tort Claims Act.

2. That venue is proper in the U.S. District Court for the District of Columbia pursuant to 28 U.S.C. § 1391(b)(2). The motor vehicle accident which is the subject of this case took place in the District of Columbia.

Parties

3. That Plaintiff, Miguel Angel Ventura, is an individual over 18 years of age, who resides in the District of Columbia.

4. That Plaintiff, Salvador A. Perler, is an individual over 18 years of age, who resides in the District of Columbia.

5. That Defendant, The United States of America, was the owner of the motor vehicle which was involved in a motor vehicle accident which is the subject of this litigation.

Factual Allegations

6. That on or about September 8, 2003, at approximately 5:55 p.m., Plaintiff Miguel Angel Ventura was operating a motor vehicle, in which Plaintiff Salvador A. Perler was a passenger, northbound on 16th Street, N.W., at or near the intersection of Lamont Street, N.W., in the District of Columbia.

7. That at said time and place, Patrick Miller, was operating a motor vehicle owned by Defendant, United States of America, northbound on 16th Street, N.W., at or near the intersection of Lamont Street, N.W., in the District of Columbia. That at the aforementioned date, time and place, Patrick Miller, was acting as an "employee of the government" pursuant to 28 U.S.C. §2671(1).

8. That at the aforesaid date and time, Patrick Miller negligently turned his motor vehicle into the motor vehicle in which the Plaintiffs were occupying and struck their motor vehicle with great force and violence.

9. That Patrick Miller was negligent and careless in the operation of his motor vehicle in that he: failed to pay full time and attention to the operation of his motor vehicle; failed to maintain proper control of his motor vehicle; failed to avoid a collision with Plaintiffs' motor vehicle; and was otherwise negligent and careless in the operation of his motor vehicle.

10. That as a proximate cause of the negligence of the Defendant, Plaintiffs sustained serious bodily injuries, incurred expenses for medical care and treatment, lost time and profits from their businesses and/or employment; sustained pain, suffering and discomfort and were otherwise injured and damaged.

**WHEREFORE**, Plaintiff, Miguel Angel Ventura, demands judgment against The United States of America in the amount of not less than One Hundred Thousand Dollars ($100,000.00) in compensatory damages, plus interests and costs.

**WHEREFORE**, Plaintiff, Salvador A. Perler, demands judgment against The United States of America in the amount of not less than One Hundred Thousand Dollars ($100,000.00) in compensatory damages, plus interests and costs.

Respectfully submitted

*[signature]*

Michael L. Avery, Sr., Esquire
D.C. Bar Number 447083
1331 H Street, N.W.
Suite 902
Washington, D.C. 20005
202-393-4600
Counsel for Plaintiff