IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MIGUEL ANGEL VENTURA, et al.**

    **Plaintiffs**

v.                                    Case Number: 1:06CV01570
                                          Judge: Richard J. Leon

**THE UNITED STATES OF AMERICA**

    **Defendant**

**JOINT STATUS REPORT**

    **COME NOW**, the Plaintiffs, Miguel Angel Ventura and Salvador A. Perler, by and through their attorney, Michael L. Avery, Sr., and file this Joint Status Report as previously ordered.

    1. That Plaintiffs filed a cause of action for personal injuries as a result of the negligence of agent of the United States Government..

    2. That the United States has been properly served with the aforesaid complaint.

    3. That to date no answer has been filed by the Defendant.

    4. That counsel for Plaintiffs forward a letter to the agency responsible for the management of Plaintiffs claims, informing said agency that a complaint was filed and service was perfected.

    5. That counsel for Plaintiff did not receive a response to the aforesaid letter.

Respectfully submitted

s/
Michael L. Avery, Sr., Esquire
D.C. Bar Number 447083
1331 H Street, N.W.
Suite 902
Washington, D.C. 20005
202-393-4600
Counsel for Plaintiff