UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ANGEL VENTURA, et al., )<br>                                     )<br>      Plaintiff                    )<br>                                       )<br>      v.                               )<br>                                     )<br>UNITED STATES OF AMERICA,      )<br>                                     )<br>      Defendant.            )<br>_____ ) | Civil Action No. 06-01570(RJL) |

**DEFENDANT'S MOTION FOR
AN ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND
TO PLAINTIFF'S COMPLAINT AND FOR THE PARTIES TO FILE
THEIR JOINT STATUS REPORT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant, United States, respectfully moves for an enlargement of time up to and including March 19, 2007 to answer, move or otherwise respond to plaintiff's Complaint and for the parties to file a Joint Status Report. No previous enlargements have been sought by or granted to the United States for these purposes. Pursuant to Local Rule 7(m), the undersigned counsel contacted the plaintiffs' counsel but was unable to reach him. Accordingly, defendant is unable to present the plaintiffs' position on this nondispositive motion. In support of the motion, defendant states the following.

The Civil Division of the United States Attorney's Office receives a voluminous amount of mail on a daily basis, and in this instance, because of administrative error, the service copy was inadvertently not fully processed by the Division and regrettably, the filing deadline (i.e., December 15, 2006) was missed. Counsel apologizes for this administrative oversight but notes that defendant is seeking an enlargement on the same day on which the error was brought to the attention of the Civil Division.

The requested enlargement should not cause undue delay or prejudice to plaintiff in the ultimate disposition of this case. The enlargement will, however, provide defendant's counsel a period to consult with the appropriate agency regarding a suitable response to plaintiff's Complaint.

Accordingly, for reasons stated herein, defendant respectfully requests an enlargement of time up to and including March 19, 2007 to answer, move or otherwise respond to plaintiff's Complaint and for the parties to file a Joint Status Report. A proposed Order consistent with the relief requested herein accompanies this motion.

Date: March 5, 2007                              Respectfully Submitted,

                                                 /s/ Jeffrey A. Taylor /mj
                                                 _____
                                                 JEFFREY A. TAYLOR, D.C. BAR #498610
                                                 United States Attorney

                                                 /s/ Rudolph Contreras /mj
                                                 _____
                                                 RUDOLPH CONTRERAS, D.C. BAR #434122
                                                 Assistant United States Attorney

                                                 /s/ Shearease Louis /bmr
                                                 _____
                                                 SHEAREASE LOUIS
                                                 Special Assistant United States Attorney
                                                 U.S. Attorney's Office for the District of Columbia,
                                                  Civil Division
                                                 555 4th Street, N.W., Rm. E-4915
                                                 Washington, D.C. 20530
                                                 Ph: (202) 307-0895

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of ***Defendant's Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and for the Parties to File Their Joint Status Report and Memorandum in Support Thereof*** was made by the Court's Electronic Case Filing System this 5th day of March, 2007 to:

    David Finley Williams
    Keith Wesolowski
    Jennafer P. Neufeld
    Cadwalader, Wickersham & Taft LLP
    1201 F Street, N.W.
    Washington, DC 20004

    Melvin W. Bolden, Jr.
    Office of the Attorney General for the
     District of Columbia
    441 4th Street, N.W.
    Washington, D.C. 20001


                      /s/ Shearease Louis /bmr
                      _____
                      SHEAREASE LOUIS
                      Special Assistant United States Attorney