UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL ANGEL VENTURA, et al.,        )
                                      )
              Plaintiff               )
                                      )
      v.                              )        Civil Action No. 06-01570(RJL)
                                      )
UNITED STATES OF AMERICA,             )
                                      )
              Defendant.              )
_____       )

ORDER

UPON CONSIDERATION of the ***Defendant's Unopposed Motion for an Enlargement***

***of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and for the Parties to***

***File Their Joint Status Report and Memorandum in Support Thereof***, and for good cause

shown, it is by the Court,

ORDERED that the defendant's motion should be and is hereby granted, and thus,

defendant shall have up to and including March 19, 2007, to respond to plaintiff's Complaint.

SO ORDERED.

_____        _____
DATE                         UNITED STATES DISTRICT COURT JUDGE

Copies to:
Counsel for Plaintiff        Michael L. Avery, Sr.
                             1331 H Street, N.W., Suite 902
                             Washington, D.C.  20005


Counsel for Defendant        Shearease Louis
                             U.S. Attorney's Office for the District of Columbia
                             555 Fourth Street, N.W.
                             Washington, D.C.  20530