UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MIGUEL ANGEL VENTURA,** *et al.*,  )<br> )<br>Plaintiffs,  )<br>v.   )<br> )<br>**UNITED STATES OF AMERICA,**  )<br> )<br>Defendant.  )<br> ) | Civil Action No. 06-1570 (RJL) |

**PRAECIPE**

The Clerk of the Court will please enter the appearance of Sherease Louis, Special Assistant United States Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

 /s Sherease Louis
SHEREASE LOUIS (NY SL7322)
Special Assistant United States Attorney
555 Fourth St., N.W.,
Washington, D.C.  20530
202-307-0895/ FAX 202-514-8780
sherease.louis@usdoj.gov