IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MIGUEL ANGEL VENTURA,** *et al.*,       )<br>                                                                )<br>            Plaintiffs,                              )<br>      v.                                                    )     Civil Action No. 06-1570 (RJL)<br>                                                                )<br>**UNITED STATES OF AMERICA,**          )<br>                                                                )<br>            Defendant.                            )<br>_____)| |

### DEFENDANT'S ANSWER TO COMPLAINT

Defendant, by and through its undersigned attorneys, hereby answers plaintiffs' Complaint.

### FIRST DEFENSE

Plaintiffs' recovery in this action, if any, is limited to the amounts of the claims that plaintiffs presented administratively. 28 U.S.C. § 2675(b).

### SECOND DEFENSE

No acts or omissions by the defendant were the proximate cause of any injuries to the plaintiffs.

### THIRD DEFENSE

In the event that the United States is found to have been negligent, which negligence is denied, the negligence of the plaintiffs was the proximate cause of and contributed to any alleged injuries or damages sustained, thereby barring recovery.

## FOURTH DEFENSE

Defendant responds to the numbered and unnumbered paragraphs of the Complaint as follows:

## COMPLAINT

This unnumbered paragraph contains a characterization of this action to which no answer is required.

## JURISDICTION AND VENUE

1-2.  These paragraphs contain a statement on jurisdiction and venue to which no answers are required.

## PARTIES

3-4. Defendant is without sufficient information to admit or deny the factual allegations contained in paragraphs 3 and 4.

5. Admitted.

## FACTUAL ALLEGATIONS

6. Admitted.

7. Defendant admits the allegations in paragraph 7, except denies that Patrick Miller was driving northbound at the time the accident occurred.

8-9. Denied.

10. Defendant denies that the defendant was negligent, denies that plaintiffs sustained serious bodily injuries, and denies that the defendant was a proximate cause of any bodily injuries alleged by plaintiffs.  Defendant is without sufficient information to admit or deny the remaining factual allegations contained in paragraph 10.

The remaining unnumbered paragraphs contain plaintiffs' request for relief to which no answers are necessary, but insofar as answers are necessary, defendant denies that plaintiffs are entitled to the relief requested herein or to any relief whatsoever.

Defendant hereby specifically denies all of the allegations of the Complaint not herein before otherwise answered.

Having fully answered, defendant respectfully requests that this action be dismissed with prejudice and that defendant be granted its costs and other such relief as this Court deems appropriate.

Respectfully submitted,

    Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

    Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

    s/Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0895

OF COUNSEL:
Andrea Hagen, Esq.
Office of Chief Counsel
United States Secret Service
950 H Street, N.W., Suite 800
Washington, D.C. 20223