UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

MIGUEL VENTURA, et al

    Plaintiffs

v.                                                            Case No.: 1:06-cv-1570
                                                                  Judge Richard J. Leon
UNITED STATES OF AMERICA

    Defendants

## PRAECIPE

The Court will kindly note that Counsel for Plaintiff, Michael L. Avery, Sr. has been denied counsel's application to renew membership as of April 23, 2007. In a letter of April 23, 2007 the Honorable Richard W. Roberts has informed counsel that a decision to renew said application for renewal will be deferred until the final results of the pending local bar disciplinary proceedings are submitted. Counsel for Plaintiff has contacted the local bar counsel who informed counsel that the matter has not been docketed with the appropriate Court of Appeals and that no decision in this regard is forthcoming. As such, counsel for Plaintiffs is of the belief that he is unable to proceed in the subject cause of action and seeks guidance form this Honorable Court.

s/Michael L. Avery, Sr.
D.C. Bar No. 447083
133 H Street, N.W.
Suite 902
Washington, D.C. 20005
(202) 393-4600
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Plaintiffs' Praecipe has been mailed, postage prepaid, this 29th day of May, 2007 to:

        Shearease Louis, Esquire
        555 Fourth Street
        Washington, D.C. 20530

        Michael L. Avery, Sr.